**STATEMENT OF FACTS**

1. As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-121-489, on August 10, 2025, MPD Officers executed D.C. Superior Court Search Warrant Number 2025 CSWSLD 003455 at ███████████████ ("the Apartment"). AZEIK KEYS is the sole leaseholder of the Apartment.

2. While searching the Apartment's lone bedroom, which contained KEYS mail matter and identification card, MPD Officers discovered one large bottle and multiple smaller vials containing Phencyclidine (PCP). The bottle and vials were discovered in a small refrigerator.

3. Inside the closet of that bedroom, MPD Officers discovered a safe, which they were able to open. Inside the safe, Officers discovered and seized two handguns: a Taurus Millennium G2 9mm semi-automatic handgun bearing Serial Number TKZ58993 and loaded with one round in the chamber and seven rounds in the magazine; and a Taurus G2C 9mm semi-automatic handgun bearing serial number AGJ392750, loaded with one round in the chamber and 10 rounds in the magazine.



*Figure 1*: **Safe containing two firearms and cash on the left and a white plastic bag wrapped around the black food container on the right.**

4. In addition to the handguns, the safe also contained a black food container wrapped in a white plastic bag. Officers opened the food container and discovered a large amount of white, rocklike substance that field tested positive for the presence of cocaine base. The Officers recovered an additional, smaller quantity of white rocklike substance that field tested positive cocaine base in a hallway closet. The cocaine base weighed a total of 289 grams with packaging.



*Figure 2: **Photograph of the black food container found next to the firearms in the safe, containing a large amount of cocaine base.***

5. In addition to the firearms, cocaine base, and PCP, MPD Officers recovered approximately 3.95 pounds of marijuana contained within vacuum sealed bags and 257 grams of heroin base, and $7,420 in cash from the Apartment. Officers also recovered numerous empty plastic capsules, glass capsules, pipets, scales of numerous sizes, empty mylar bags, and clear plastic bags in the apartment, all of which are consistent with the distribution of controlled substances.

2

6. Your affiant is aware that, at the time of his arrest, KEYS had previously been convicted of a crime punishable by more than one year in prison, specifically in U.S. District Court for the District of Columbia Case Cumber 15-CR-66 (EGS), where KEYS was convicted of Possession With Intent to Distribute Cocaine Base and sentenced to 57 months' incarceration. Accordingly, KEYS would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

7. Your affiant is aware there are no firearm, or ammunition manufacturers in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

8. As such, your Affiant respectfully submits that there is probable cause to find that, on August 10, 2025, in the District of Columbia, AZEIK KEYS committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

9. Your Affiant further respectfully submits that there is probable cause to find that, on August 10, 2025, in the District of Columbia, AZEIK KEYS committed the offense of Unlawful Possession with Intent to Distribute 28 Grams or More of a Mixture of Substance Containing Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii).

10. Your Affiant further respectfully submits that there is probable cause to find that, on August 10, 2025, in the District of Columbia, AZEIK KEYS committed the offense of Unlawful Possession of a Firearm During or in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

_____
Officer Michael Smith
Metropolitan Police Department, Washington, D.C.

SWORN AND SUBSCRIBED TO ME ON AUGUST 18, 2025.


_____
MOXILA A. UPADHYAYA
United States Magistrate Judge